UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | CASE NO. 2:08-CV-00985 |
| | ) | |
| Plaintiff | ) | JUDGE EDMUND A. SARGUS |
| | ) | |
| vs. | ) | Magistrate Judge Norah McCann King |
| | ) | |
| COMPUTERS UNLIMITED AND | ) | **STIPULATED PERMANENT** |
| SERVICES, INC., et al., | ) | **INJUNCTION AGAINST DEFENDANTS;** |
| | ) | **ORDER** |
| Defendants | ) | |

Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft"), and Defendants Computers Unlimited & Services, Inc., an Ohio corporation, and Isslam Elderwy, an individual (collectively, "Defendants"), hereby stipulate that Defendants, along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a)     imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), certificates of authenticity ("COAs"), or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

(1)     1,200,236 ("MICROSOFT");

(2)     1,256,083 ("MICROSOFT");

(3)     1,475,795 ("POWERPOINT");

<blockquote>

(4)    1,741,086 ("MICROSOFT ACCESS");

(5)    2,188,125 ("OUTLOOK"); and

(6)    2,999,281 (COLOR FOUR SQUARE LOGO);
</blockquote>

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Nos.:

<blockquote>

(1)    TX 6-504-522 (Microsoft Office 2007 Professional);

(2)    TX 6-524-395 (Microsoft Access 2007);

(3)    TX 6-524-399 (Microsoft Excel 2007);

(4)    TX 6-524-393 (Microsoft Outlook 2007);

(5)    TX 6-524-389 (Microsoft PowerPoint 2007);

(6)    TX 6-524-398 (Microsoft Word 2007); and

(7)    TX 6-524-388 (Microsoft Publisher 2007);
</blockquote>

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement,

promotion, or display of any software. component, EULA, COA, item or thing not authorized or licensed by Microsoft:

(d)     using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component. EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e)     using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f)     engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks. service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

IT IS SO STIPULATED.

DATED: October 9, 2009

COMPUTERS UNLIMITED & SERVICES, INC., an Ohio corporation

By: _Isslam Elderwy_

Its: _President_

DATED: October 9, 2009

_Isslam Elderwy_
ISSLAM ELDERWY, an individual

- 3 -

DATED: October ___, 2009

MICROSOFT CORPORATION.
a Washington corporation

By: _____

Its: _____


Approved as to form:

DATED: October ___, 2009

ULMER & BERNE LLP

By: _____
    Robert E. Chudakoff (0038594)
    Attorneys for Plaintiff
    MICROSOFT CORPORATION


DATED: October 12, 2009

LANE, ALTON & HORST

By: *Joseph A. Gerling*
    Joseph A. Gerling (0022054)
    Edward G. Hubbard (0067784)
    Attorneys for Defendants
    COMPUTERS UNLIMITED
    & SERVICES, INC., and
    ISSLAM ELDERWY


## ORDER

IT IS SO ORDERED.

Dated: October ___. 2009

_____
EDMUND A. SARGUS, JR.
United States District Judge

DATED:  October 9th, 2009

MICROSOFT CORPORATION,
a Washington corporation

By: _____

Its: _____


Approved as to form:

DATED:  October 9, 2009

ULMER & BERNE LLP

By: _____

Robert E. Chudakoff (0038594)
Attorneys for Plaintiff
MICROSOFT CORPORATION


DATED:  October ___, 2009

LANE, ALTON & HORST

By: _____

Joseph A. Gerling (0022054)
Edward G. Hubbard (0067784)
Attorneys for Defendants
COMPUTERS UNLIMITED
& SERVICES, INC., and
ISSLAM ELDERWY


## ORDER

IT IS SO ORDERED.

Dated:  February 2, 2010

_____

EDMUND A. SARGUS, JR.
United States District Judge

- 4 -