UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, | CASE NO. 2:08-CV-00985 |
| Plaintiff | JUDGE EDMUND A. SARGUS |
| vs. | Magistrate Judge Norah McCann King |
| COMPUTERS UNLIMITED AND SERVICES, INC., et al., | **STIPULATION FOR DISMISSAL WITH PREJUDICE;  ORDER** |
| Defendants | |

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft"), and defendants Computers Unlimited & Services, Inc., an Ohio corporation, and Isslam Elderwy, an individual (collectively, "Defendants"), have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

IT IS HEREBY STIPULATED by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants Computers Unlimited & Services, Inc., an Ohio corporation, and Isslam Elderwy, an individual, shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendants.

IT IS SO STIPULATED.

DATED: ~~October __, 2009~~ Feb. 2, 2010

ULMER & BERNE LLP

By: _____
Robert E. Chudakoff (0038594)
Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: October 12, 2009

LANE, ALTON & HORST

By: _____
Joseph A. Gerling (0022054)
Edward G. Hubbard (0067784)
Attorneys for Defendants
COMPUTERS UNLIMITED
& SERVICES, INC., and
ISSLAM ELDERWY

## ORDER

Good Cause appearing therefore, **IT IS ORDERED THAT**:

Defendants Computers Unlimited & Services, Inc., an Ohio corporation, and Isslam Elderwy, an individual, are hereby dismissed with prejudice from Plaintiff Microsoft Corporation's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendants.

IT IS SO ORDERED.

Dated: ~~October __, 2009~~ Feb. 4, 2010

_____
EDMUND A. SARGUS, JR.
United States District Judge